JUDGE HERB ROSS (Recalled)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA

605 West 4th Avenue, Room 138, Anchorage, AK 99501-2253 — (Website: www.akb.uscourts.gov)
Clerk's Office:  907-271-2655 (1-800-859-8059 In-State) — Judge's Fax:  907-271-2692

**Filed On
9/7/11**

In re
THE MARTHA REYNOLDS TRUST,

　　　　　Debtor(s)

Case No. A11-00616-HAR
In Chapter 11

**MEMORANDUM ABOUT DEBTOR'S
ELIGIBILITY TO BE A CHAPTER 12
DEBTOR**

　　　Debtor's attorney alluded to the possibility of conversion to a case under chapter 12 in his argument and response brief (Docket No. 25, page 4) to the US Trustee's motion to dismiss (Docket No. 8).  Although it would not have changed the court's decision about dismissing this case even if debtor qualified to be a chapter 12 debtor,  I do not think it would qualify as a "family fisherman."

　　　To qualify, debtor would have to be conducting a "commercial fishing operation."  11 USC § 109(A)(B).  "Commercial fishing operation" is a defined term under 11 USC § 101(7A):

　　　(7A) The term "commercial fishing operation" means--

　　　　　(A) the catching or harvesting of fish, shrimp, lobsters, urchins, seaweed, shellfish, or other aquatic species or products of such species; or

　　　　　(B) for purposes of section 109 and chapter 12, aquaculture activities consisting of raising for market any species or product described in subparagraph (A).

What debtor describes in its response is more like a "sport fishing" charter operation, than a "commercial fishing operation." (Docket No. 25, ¶ 1).

There are few cases interpreting these terms and little legislative history. It is instructive, however, to compare the definitions in the Alaska Fish and Game Code for the definitions of "commercial fishing" and "sport fishing." AS 16.05.940(5), (30).

DATED: September 7, 2011

        /s/ Herb Ross
HERB ROSS
U.S. Bankruptcy Judge

Serve:
Kay Hill, Asst. US Trustee
Brian Sullivan, Esq., for debtor
Steven Shamburek, Esq., for IBT       D7519

09/07/11

MEMORANDUM ABOUT DEBTOR'S
ELIGIBILITY TO BE A CHAPTER 12 DEBTOR                                       Page 2 of 2